**FILED**

**12:35 pm, Jul 22, 2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE J. ALLEN,
          Petitioner

    -v-

WARDEN, FCC., TERRE HAUTE,
          Respondent.

Case# 2:13-cv-00271-JMS-MJD

---

## MOTION TO RETURN TO SEEK LEAVE TO PROCEED IN FORMA PAUPERIS

---

I, Petitioner Billie Allen, pro se, seek leave to proceed in forma pauperis to file the attached motion, any motions thereafter, petition, and/or necessary filings without payment of costs, because of my poverty, and in the interest of justice.

I submit that over the last 23 years; since my arrest, I have been granted leave to proceed in forma pauperis in "all" of my proceedings, because of my poverty, in;

1. Southern District of Indiana; Terre haute Division, pursuant to 18 U.S.C. 3006A(a)(2)(B), and 18 U.S.C. 3599(a)(2). See (S.D. IN. Case# 2:13-cv-00271-JMS-MJD Doc#7)(continued).

2. Eastern District of Missouri; Eastern Division, pursuant to 18 U.S.C. 3006A(a)(2)(B), and 18 U.S.C. 3599(a)(2). See(E.D. Mo. Case# 4:07-cv-00027-ERW Doc. 10).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on: ___7/8/20___, 2020.

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

_____
Case Manager

_____
BILLIE ALLEN 26901-044
P.O. BOX 33
TERRE HAUTE, IN. 47808

_____
WITNESS