UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE ALLEN,                              )
                                           )
                    Petitioner,            )
                                           )
        v.                                 )        No. 2:13-cv-00271-JMS-MJD
                                           )
WARDEN,                                    )
                                           )
                    Respondent.            )

**Order Directing Opening of a New Action**

Petitioner Billie Allen initiated this case in July 2013 by filing a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2241. In November 2013, on Mr. Allen's motion, the Court

dismissed the petition without prejudice and entered final judgment. Dkts. 19 and 20.

On July 22, 2020, Mr. Allen filed a "Motion to Return to Refile a Corrected Motion,

Pursuant [to] 28 U.S.C. [§] 2241," along with a motion for appointment of counsel and a motion

for leave to proceed *in forma pauperis*. Dkts. 22, 23, and 24. The motion to return to refile a

correction motion is in fact a new § 2241 petition.

Accordingly, the **clerk is directed** to open a new civil action in the Terre Haute Division

consistent with the following:

(a)  The petitioner shall be Billie Jerome Allen.

(b)  The respondent shall be Warden.

(c)  The nature of suit shall be 535.

(d)  The cause of action shall be 28:2241.

(e)  The clerk shall file the Motion to Return to Refile a Corrected Motion, dkt. [24], as a "Petition for Writ of Habeas Corpus" in the new action.

(f)  The clerk shall file the motion to appoint counsel, dkt. [22], the motion for leave to proceed *in forma pauperis*, dkt. [23], and this Order in the new action.

(g) This action and the new action shall be shown as linked actions on the docket.

(h) The assignment of judicial officers shall be by random draw.

**IT IS SO ORDERED.**

Date: 8/4/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Billie Jerome Allen
26901-044
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov