UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                    )
                                        )
                 Petitioner,            )
                                        )
         v.                             )        No. 2:20-cv-00406-JRS-MJD
                                        )
WARDEN,                                 )
                                        )
                 Respondent.            )

**Order Directing Petitioner to Show Cause**

Petitioner Billie Jerome Allen filed this 28 U.S.C. § 2241 petition for a writ of habeas

corpus on July 22, 2020, arguing that his convictions and death sentence violate the Fifth

Amendment because the statutory aggravating factors required to impose the death sentence were

not presented to the grand jury and charged in the indictment.[1] *See generally* dkt. 1.

A federal prisoner is not entitled to file an unlimited number of § 2241 petitions. On the

contrary,

> No circuit or district judge shall be required to entertain an application for a writ of
> habeas corpus to inquire into the detention of a person pursuant to a judgment of a
> court of the United States if it appears that the legality of such detention has been
> determined by a judge or court of the United States on a prior application for a writ
> of habeas corpus, except as provided in section 2255.

28 U.S.C. § 2244(a).

This Court denied Mr. Allen's prior § 2241 petition on May 18, 2020. *Allen v. Daniels*,

2:16-cv-00257-JMS-MJD, dkt. 48 (S.D. Ind. May 18, 2020). Because "the legality of [Mr. Allen's]

detention has been determined . . . by a judge . . . of the United States on a prior application for a

---

[1] The Eighth Circuit has already considered this claim on Mr. Allen's direct appeal. The court
found a Fifth Amendment violation but concluded it was harmless beyond a reasonable doubt.
*United States v. Allen*, 406 F.3d 940 (8th Cir. 2005) (en banc).

writ of habeas corpus," he cannot litigate another § 2241 petition challenging his convictions or sentences "except as provided in [28 U.S.C. §] 2255." 28 U.S.C. § 2244(a).

Under § 2255, a petitioner cannot file in the district court without first obtaining certification from the appropriate court of appeals. 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(3); *see Valona v. United States*, 138 F.3d 693, 694−95 (7th Cir. 1998) (noting that § 2244(a), in conjunction with § 2255, "channels all successive collateral attacks on a federal court's conviction or sentence into the prior-approval mechanism of § 2244(b)(3)").

Mr. Allen does not appear to have sought or obtained certification from the Seventh Circuit to file this § 2241 petition. Accordingly, he shall have **through September 14, 2020**, to show cause why his current petition should not be dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Date: 8/10/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BILLIE JEROME ALLEN
26901-044
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808