

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808



INMATE
IDENTIFICATION
CONFIRMED

Legal Mail



UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9014 9645 1831 8118 35

Label 400  Jan. 2013
7690-16-000-7948

TO: Office of Clerk of the U.S. District Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN. 46204

RECEIVED

AUG 27 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# "CAPITAL CASE"

## RE: 2:20-CV-00406-JRS-MJD