UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**09/28/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

BILLIE ALLEN,  
            Petitioner                    )
                                          )
        -v-                               )        No. 2:20-CV-00406-JRS-MJD
                                          )
THE UNITED STATES,                        )
            Respondent.                   )        "CAPITAL CASE"
                                          )
                                          )
                                          )

═══════════════════════════════════════════════════════════════

Motion To Seek Leave To File A Motion To Amend The Response To The Court's Order To Show Cause

═══════════════════════════════════════════════════════════════

        Petitioner Billie Allen seeks leave to file a motion to amend the response to the Court's Order to show cause to submit to the Court a most recent case, United States v Qazi, ____ F.3d ____ (2020), to show the Court why the relief that Allen seeks is warranted. (EXHIBIT A)


        Allen did not submit this case within his response to the Court's Order, nor in his Petition,  because the case has just been decided. But it does lend support to the aguments Allen raised in his response to the Court's Order and Allen's Petition.

                        Respectfully Submitted,

                        Billie Allen                    9/23/20
                        Billie Allen 26901-044
                        P.O. BOX 33
                        Terre Haute, IN. 47808