Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN,
47808

Legal Mail

INDIANAPOLIS IN 460

24 SEP 2020 PM 7 L



To: The Office Of The Clerk of The
U.S. District Court
921 Ohio Street Room 104
Terre Haute, IN. 47807

**FILED**

SEP 28 2020

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373829