UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                          )
                                              )
                    Petitioner,               )
                                              )
            v.                                )      No. 2:20-cv-00406-JRS-MJD
                                              )
WARDEN,                                       )
                                              )
                    Respondent.               )

**Order Granting Motion to Appoint Counsel and Directing Respondent to Show Cause**

Petitioner Billie Jerome Allen, a federal prisoner sentenced to death, filed this habeas corpus petition on August 4, 2020. The Court ordered Mr. Allen to show cause why the petition should not be dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 2244(a). Mr. Allen responded, but he did not address § 2244(a) and instead focused on 28 U.S.C. § 2255(e)—another barrier to habeas relief for federal inmates. Nevertheless, the Court is not convinced that 28 U.S.C. § 2244(a) bars consideration of this petition. *See Purkey v. United States*, 964 F.3d 603, 615 (7th Cir. 2020) (noting that "there is no numerical limit for section 2241 [petitions]").

This case would benefit from the appointment of counsel and further briefing. Accordingly, Mr. Allen's motion for appointment of counsel, dkt. [3], is **granted**. Attorneys Eric John Montroy and Timothy Patrick Kane represent Mr. Allen in another § 2241 action in this Court challenging his death sentence. Pursuant to the Criminal Justice Act, Mr. Montroy and Mr. Kane are appointed to represent Mr. Allen in this action. 18 U.S.C. § 3599 ("Unless replaced by similarly qualified counsel upon the attorney's own motion or upon motion of the defendant, each attorney appointed [pursuant to 18 U.S.C. § 3599] shall represent the defendant throughout every subsequent stage of available judicial proceedings, including . . . applications for stays of execution."); 18 U.S.C.

§ 3006A. Mr. Montroy and Mr. Kane shall have **through October 29, 2020**, to submit motions to appear *pro hac vice* or file appearances, as necessary. The normal administrative fee for processing any *pro hac vice* motions is **waived**.

The respondent shall have **through November 19, 2020**, to answer the allegations of the petition and show cause why relief should not be granted. Mr. Allen shall have **through December 17, 2020**, to file a reply. Mr. Allen's motion for leave to amend, dkt. [9], is **denied**.

**IT IS SO ORDERED.**

Date: 10/15/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BILLIE JEROME ALLEN
26901-044
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

**Eric John Montroy**
FEDERAL COMMUNITY DEFENDER OFFICE
eric_montroy@fd.org

**Timothy Patrick Kane**
FEDERAL COMMUNITY DEFENDER OFFICE
timothy_kane@fd.org

Officer of the United States Attorney to be notified by Electronic Service