## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| | ) | |
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to this Court's order of October 15, 2020 (ECF No. 10) and S.D. Ind. Local Rule 83-6(a), Assistant Federal Defender Timothy Patrick Kane respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Billie Jerome Allen in the above-styled cause. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States courts and states' highest courts:

United States Supreme Court (2009)
United States Court of Appeals for the Third Circuit (2010)
United States Court of Appeals for the Tenth Circuit (2016)
United States District Court for the District of Columbia (2007)
United States District Court for the Eastern District of Pennsylvania (2009)
United States District Court for the Middle District of Pennsylvania (2010)
District of Columbia (2006)
Maryland (2005)
Pennsylvania (2009).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  Pursuant to its order of October 15, 2020, the Court has waived the administrative fees typically required to process motions for admission *pro hac vice*.

5.  I currently represent Mr. Allen *pro hac vice* in another case in this District, No. 2:16-cv-00257-JMS-MJD.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this case.

Dated: October 26, 2020                    Respectfully submitted,


                                           /s/ Timothy Kane
                                           Timothy Kane
                                           Assistant Federal Defender
                                           Federal Community Defender Office
                                            for Eastern District of  Pennsylvania
                                           601 Walnut Street, Suite 545 West
                                           Philadelphia, PA 19106
                                           (215) 928-0520
                                           Fax: (215) 928-0826
                                           Timothy_Kane@fd.org

**<u>Certificate of Service</u>**

I, Timothy Kane, hereby certify that on this 26th day of October, 2020, I submitted the foregoing motion to appear *pro hac vice* with service via first class mail to:

Brian L. Reitz
Unites States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN 46204

James Robert Wood
Unites States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN 46204

<u>/s/ Timothy Kane</u>
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826