**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,                              )
                                                  )
                    Petitioner,                   )
                                                  )
v.                                                )        Case No. 2:20-cv-00406-JRS-MJD
                                                  )
Charles Daniels,                                  )
         Warden,                                  )
                                                  )
                    Respondent.                   )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Timothy Patrick Kane, counsel

for Petitioner Billie Jerome Allen, for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

Applicant's contact information should be entered as follows:

> Timothy Kane
> Assistant Federal Defender
> Federal Community Defender Office
>   for Eastern District of  Pennsylvania
> 601 Walnut Street, Suite 545 West
> Philadelphia, PA 19106
> (215) 928-0520
> Fax: (215) 928-0826
> Timothy_Kane@fd.org


Dated: _____                     _____

                                         United States District Court
                                              Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
         Timothy Kane
         Federal Community Defender Office
         601 Walnut Street, Suite 545 West
         Philadelphia, PA 19106