**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| Charles Daniels, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Eric John Montroy, counsel for

Petitioner Billie Jerome Allen, for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

Applicant's contact information should be entered as follows:

Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

Dated: _____                    _____

                                                    United States District Court
                                                         Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
        Eric Montroy
        Federal Community Defender Office
        601 Walnut Street, Suite 545 West
        Philadelphia, PA 19106