UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,       )
                                 )
          Petitioner,   )
                                 )
    v.                  )  Cause No.   2:20-cv-00406-JRS-MJD
                                 )
WARDEN, FCC-Terre Haute,   )
                                 )
          Respondent.   )

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Brian Reitz, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Brian Reitz
       Brian Reitz
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       E-mail: Brian.Reitz@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 3, 2020, a copy of the foregoing NOTICE OF

APPEARANCE was filed electronically and that a copy was mailed the next

business day, by first class U.S. Mail, postage prepaid and properly

addressed to the following:

> Billie Jerome Allen
> Reg. No. 26901-044
> TERRE HAUTE – USP
> U.S. PENITENTIARY
> P.O. Box 33
> Terre Haute, IN 47808

s/ Brian Reitz

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov

2