UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,⟩

⟩

Petitioner,⟩   CAPTITAL CASE

⟩

v.⟩ Cause No. 2:20-cv-00406-JRS-MJD

⟩

WARDEN, USP-TERRE HAUTE,⟩

⟩

Respondent.⟩

## MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Brian Reitz, Assistant United States Attorney, moves for an extension of time of sixty (60) days, to and including February 17, 2021, to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of the motion, the Respondent advises as follows:

1.    Petitioner Billie Jerome Allen and a confederate robbed a bank in St. Louis in 1997, killing security guard Richard Heflin in the process. A jury convicted Mr. Allen of killing a person during the course of a bank robbery, *see* 18 U.S.C. § 2113(a) and (e), and murdering a person with a firearm used during and in relation to a crime of violence, 18 U.S.C. § 924(c) and (j)(1). He was sentenced in the Eastern District of Missouri to life imprisonment for the § 2113 offense and death for the § 924 offense.

2.      Allen has filed at least two prior petitions for habeas relief pursuant to 28 U.S.C. § 2241 in this district.  (*Allen v. Warden*, Cause No. 2:13-cv-0271-JMS-MJD; *Allen v. Warden*, Cause No. 2:16-cv-0257.)

3.      On August 4, 2020, Allen filed another petition for relief under § 2241 while housed at the United States Penitentiary located in Terre Haute, Indiana. (D. 1.)  He contends that the indictment charging him was "constitutionally deficient to charge a capital offense" and that as a result he is not eligible for the death penalty. (D. 1 at 2, 30.)

4.      On October 15, 2020, this Court appointed attorneys Eric John Montroy and Timothy Patrick Kane to represent Allen and ordered the Respondent to answer the allegations of the § 2241 petition on or before November 19, 2020.  (D. 10.)

5.      An extension of time is required to gather information, review the trial record, and to fully and completely respond to the § 2241 petition.

6.      Counsel for the Respondent requires an additional sixty (60) days to prepare, review, and finalize the government's response.

7.      No prior extensions of time have been requested by the Respondent.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to Allen's claim and not for any purpose of delay.

2

WHEREFORE the Respondent respectfully prays that he be granted up to and including February 17, 2021, to respond to the § 2241 petition.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    s/ Brian Reitz
        Brian Reitz
        Assistant United States Attorney

3

## CERTIFICATE OF SERVICE

I certify that on November 9, 2020, a copy of the foregoing was filed electronically and that a copy was mailed the next business day, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Billie Jerome Allen
Reg. No. 26901-044
TERRE HAUTE – USP
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov