UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | CAPTITAL CASE |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| WARDEN, USP-TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on the Respondent's motion for a 60-day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including February 17, 2021, to file his response to the § 2241 petition.

So ORDERED this date: _____.

_____
Hon. James R. Sweeney, II, *Judge*
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification and to:

Billie Jerome Allen
Reg. No. 26901-044
TERRE HAUTE – USP
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808