UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                        )
                                            )
                    Petitioner,             )
                                            )
        v.                                  )        No. 2:20-cv-00406-JRS-MJD
                                            )
WARDEN,                                     )
                                            )
                    Respondent.             )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Timothy Kane to appear and

participate *pro hac vice* as counsel for  Petitioner in the above-captioned cause only. [Dkt. 11.]

The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Timothy Kane
Assistant Federal Defender
FEDERAL COMMUNITY DEFENDER OFFICE
FOR EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org

SO ORDERED.

Dated:  20 NOV 2020        _____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.