UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Eric Montroy to appear and participate *pro hac vice* as counsel for Petitioner in the above-captioned cause only. [Dkt. 12.]

The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Eric Montroy
Assistant Federal Defender
FEDERAL COMMUNITY DEFENDER OFFICE
FOR EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

SO ORDERED.

Dated:  20 NOV 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.