**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**UMOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S RESPONSE TO PETITION AND ORDER TO SHOW CAUSE**

Petitioner, through counsel, respectfully requests an extension of time until January 8, 2021, to file a reply to the Respondent's Response to Petition and Order to Show Cause, and states:

1.    Petitioner, Billie Allen, initiated this 2241 action by filing various pro se pleadings along with a request for the appointment of counsel.  On October 15, 2020, this Court issued an Order (Doc. 10) appointing undersigned counsel and setting a briefing schedule.

2.    This Court allowed Respondent until November 19, 2020, to answer the allegations in the pro se petition and show cause why relief should not be granted.  Petitioner was allowed until December 17, 2020, to file a reply.

3.    Respondent requested an extension of time until February 17, 2021, to file its response.  But before a ruling was made on that request, Respondent filed its Response (Doc. 15) on November 19, 2020.

4.    Petitioner now seeks an extension until January 8 in which to file his reply for the following reasons:

5.      Undersigned counsel is part of the legal team representing Alfred Bourgeois, who is scheduled to be executed on December 11, 2020.  Most of counsel's time, between now and then, will be focused on litigation surrounding that scheduled execution.

6.      Mr. Allen wishes to be consulted and involved in the preparation of the reply, and counsel hopes to accommodate that.   However, restrictions due to the pandemic make communication between the defense team and Mr. Allen more cumbersome and difficult.  Counsel is not able to travel to Terre Haute to visit with Mr. Allen.  Communications are limited to phone calls, and must be arranged consistent with the prison's scheduling.  Additional time will ensure that counsel and Mr. Allen have an adequate opportunity to work together on the reply.

7.      In addition, Mr. Allen suffers from severe and recurrent gastrointestinal bleeding that requires periodic hospitalizations and blood transfusions.  Counsel can supply the Court with Petitioner's medical records if requested.  Counsel cannot communicate with Mr. Allen when he is hospitalized.  The requested extension will also ensure that counsel has sufficient time to consult with Mr. Allen in the event of continuing hospitalizations.

8.      Finally, additional time is needed to allow counsel to become familiarized with the particular facts and issues raised by Mr. Allen in his pro se pleadings, and to fully research and analyze the law relating to those issues.

9.      Undersigned counsel has contacted Brian Reitz, Esq., counsel for Respondent, who has indicated that he has no objection to this request.

WHEREFORE, Petitioner respectfully requests that this Court grant him an extension of

time until January 8, 2021, in which to file a reply.  A proposed order is attached.

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org

Dated:  December 4, 2020

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 4th day of December, 2020, I filed the foregoing motion via the Court's electronic filing system, which system will serve a copy of the motion upon government counsel:

Brian L. Reitz
Unites States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN 46204


/s/ Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826