**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| Charles Daniels, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on Petitioner's unopposed motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file a reply is GRANTED.

Petitioner shall file his reply on or before January 8, 2021.

So ORDERED.

DATED: _____                    _____

                                            Hon. JAMES R. SWEENEY II,

Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.