UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                           )
                                               )
                    Petitioner,                )
                                               )
          v.                                   )        No. 2:20-cv-00406-JRS-MJD
                                               )
WARDEN,                                        )
                                               )
                    Respondent.                )

**Order Granting Motion for Extension of Time to File Reply**

The petitioner's motion for extension of time to file a reply, dkt. [18], is **granted**. The

respondent's motion for extension of time to file a response, dkt. [14], is **denied** as moot.

     **IT IS SO ORDERED.**


Date: 12/15/2020                          _____
                                          JAMES R. SWEENEY II, JUDGE
                                          United States District Court
                                          Southern District of Indiana


Distribution:

Timothy Patrick Kane
FEDERAL COMMUNITY DEFENDER OFFICE
timothy_kane@fd.org

Eric John Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
eric_montroy@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov