UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                    )
                                        )
                Petitioner,             )
                                        )
        v.                              )        No. 2:20-cv-00406-JRS-MJD
                                        )
WARDEN,                                 )
                                        )
                Respondent.             )

**Order Granting Request for Supplemental Briefing**

The Court dismissed Billie Jerome Allen's petition for a writ of habeas corpus and entered final judgment on August 25, 2023. Dkt. 24; dkt. 25. Mr. Allen has timely moved to alter or amend judgment. Dkt. 26. In the motion, he requests an opportunity to brief the applicability of *Jones v. Hendrix*, 143 S. Ct. 1857 (2023). That request is **GRANTED**.

Mr. Allen shall have **35 days from the entry of this Order on the docket** to file a supplemental brief in support of his motion to alter or amend judgment. Respondent shall then have **35 days** to file a response. Mr. Allen shall have **21 days** to file any reply.

        **IT IS SO ORDERED.**

Date: 9/7/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timothy Patrick Kane
FEDERAL COMMUNITY DEFENDER OFFICE
timothy_kane@fd.org

Eric John Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
eric_montroy@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov