**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

**Case No. 2:20-cv-00406-JRS-MJD**

---

**BILLIE JEROME ALLEN,**

**Petitioner,**

**v.**

**WARDEN,**

**United States Penitentiary – Terre Haute,**

**Respondent.**

---

**MOTION TO FIND THAT THE GOVERNMENT HAS FORFEITED ANY
OPPOSITION TO PETITIONER'S MOTION TO ALTER OR AMEND JUDGEMENT,
TO GRANT THAT MOTION, AND ADDRESS THE MERITS OF HIS HABEAS
PETITION**

Petitioner Billie Jerome Allen, through counsel, respectfully asks this Court to find that

the government has waived any opposition to his Motion to Alter or Amend Judgement, to grant

that motion, and address the merits of his habeas petition.

Mr. Allen filed a Petition for Writ of Habeas Corpus, pursuant to 42 U.S.C. §2241. As

explained in his Reply to Respondent's Response to Petition, Dkt. 20, Mr. Allen claimed that his

conviction and death sentence are unconstitutional in violation of the Fifth Amendment, because

he was never indicted by the grand jury for the crime of capital murder. Dkt 20 at 3-5. The

application of a harmless error analysis by the Eighth Circuit on direct appeal was likewise

constitutional error because it violated the Supreme Court's holding in *Stirone v. United States*,

361 U.S. 212, 215 (1960), that such error is structural and not subject to harmless error. In

addition, the Eighth Circuit's ruling interjected yet another layer of constitutional error in that it

constructively amended the indictment by speculating that the grand jury would have indicted on capital murder if it had been asked to do so. Dkt 20 at 6-9.

This Court dismissed the petition for a writ of habeas corpus and entered final judgment on August 25, 2023. Dkt. 24; Dkt. 25. Mr. Allen timely moved to alter or amend judgment. Dkt. 26. In the motion, he requested an opportunity to brief the applicability of *Jones v. Hendrix,* 143 S. Ct. 1857 (2023).

On September 7, 2023, this Court issued an Order granting the request for supplemental briefing. Dkt 27. This Court set a schedule that gave Petitioner 35 days to file a supplemental brief and allowed the government 35 days thereafter to file a response.

Mr. Allen filed his supplemental brief on October 10, 2023. Dkt 28. In that briefing, he argued that *Jones* was not applicable to the unique circumstances of this case and that this Court had jurisdiction to address the merits of his habeas corpus petition.

Six months have now passed, and the government has neither filed a response, nor sought an extension of time to do so.

This Court should find that the government has forfeited any arguments opposing Mr. Allen's Motion to Alter or Amend Judgement. The Seventh Circuit has held that failure to file an optional brief regarding jurisdiction "despite being given opportunity to do so, waived any objections, not obvious to court, to specific points urged by appellant." *Middle Tennessee News Co. v. Charnel of Cincinnati, Inc.*, 250 F.3d 1077 (7th Cir. 2001) (maintaining jurisdiction over defendant following purposeful failure to raise issues of material fact). At the district court level, this holding has been interpreted to stand for the fact that "arguments that could have been raised in surreply but were not are forfeited." *Greenberger v. Geico*, 2009 WL 10739618 (N.D.Ill. 2009) (denying plaintiff's motion for reconsideration).

By failing to file a responsive brief as ordered by this Court, the government has forfeited any arguments in opposition to Petitioner's motion.  Moreover, the government has forfeited any argument in opposition to Petitioner's argument, set forth in his supplemental brief, that this Court has jurisdiction to decide the merits of his habeas corpus petition.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and in light of the government's failure to file a brief, Petitioner respectfully asks this Court to vacate its order and judgement dismissing his habeas petition and find that this Court has jurisdiction to address the merits of his claims.

Respectfully submitted,

/s/ Eric Montroy
Eric Montroy
Assistant Federal Defender
Federal Community Defender Office for the
  Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

Dated:  April 24, 2024

## CERTIFICATE OF SERVICE

I, Eric Montroy, hereby certify that on this 24th day of April 2024, I filed the foregoing document via the Court's electronic filing system, which system will serve a copy of upon government counsel:

Brian Reitz
James R. Wood
Assistant United States Attorneys
10 West Market Street
Suite 2100
Indianapolis, IN 46204


/s/Eric Montroy
Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
  for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826