UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | CAPTITAL CASE |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00406-JRS-MJD |
| | ) | |
| WARDEN, USP-TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSES

The Respondent, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Brian Reitz, Assistant United States Attorney, moves for an extension of time of thirty (30) days, to and including May 24, 2024, to respond to the Petitioner's Memorandum Addressing the Applicability of *Jones v. Hendrix*, (D. 28), and his Motion to Find that the Government Has Forfeited Any Opposition to Petitioner's Motion to Alter or Amend Judgement, (D. 31).

In support of the motion, the Respondent advises as follows:

1. Petitioner Billie Jerome Allen and a confederate robbed a bank in St. Louis in 1997, killing security guard Richard Heflin in the process. A jury convicted Mr. Allen of killing a person during the course of a bank robbery, *see* 18 U.S.C. § 2113(a) and (e), and murdering a person with a firearm used during and in relation to a crime of violence, 18 U.S.C. § 924(c) and (j)(1). He

was sentenced in the Eastern District of Missouri to life imprisonment for the § 2113 offense and death for the § 924 offense.

2.    Allen has filed at least two prior petitions for habeas relief pursuant to 28 U.S.C. § 2241 in this district.  (*Allen v. Warden*, Cause No. 2:13-cv-0271-JMS-MJD; *Allen v. Warden*, Cause No. 2:16-cv-0257.)

3.    On August 4, 2020, Allen filed another petition for relief under § 2241 while housed at the United States Penitentiary located in Terre Haute, Indiana. (D. 1.)  He contended that the indictment charging him was "constitutionally deficient to charge a capital offense" and that as a result he is not eligible for the death penalty. (D. 1 at 2, 30.) The Respondent opposed the motion. (D. 15.)  On August 25, 2023, relying in part on *Jones v. Hendrix*, 599 U.S. 465 (2023), this Court dismissed Allen's § 2241 petition finding that it lacked jurisdiction. (D. 24.) Final Judgment was entered that same day. (D. 25.)

4.    On September 1, 2023, Allen filed a motion to alter or amend the judgment and requested an opportunity to brief the application of *Jones v. Hendrix*. (D. 26.)

5.    On September 7, 2023, the Court recognized that Allen's motion to alter or amend the judgment was timely and issued a briefing schedule. (D. 27.)  Allen was given 35 days to file a supplemental brief in support of his

motion to alter or amend judgment. (*Id.*) The Respondent was ordered to respond 35 days after the filing of the supplemental brief. (*Id.*)

6.      Allen filed his supplemental brief on October 10, 2023. (D. 28.) Accordingly, the government's response was due November 14, 2023. Several months later, on April 24, 2024, Allen filed a Motion to Find that the Government Has Forfeited Any Opposition to Petitioner's Motion to Alter or Amend Judgement, to Grant that Motion, and Address the Merits of His Habeas Petition, (D. 31).

7.      The undersigned apologizes to Allen and this Court for failing to file its response within the required time. The undersigned rarely misses the deadlines imposed by this Court and is unsure how this one was missed. That said, the error was entirely unintended and not a reflection of the seriousness with which the government treats this Court's deadlines.

8.      Today, having been made aware of the error, the Respondent requests an extension of time to review Allen's supplemental brief and the motion for a finding the government forfeited it opposition, and to fully and completely respond to the two pending motions, (D. 28, 31).

9.      Counsel for the Respondent requires an additional thirty (30) days to prepare, review, and finalize the government's responses.

10.    This extension is requested to allow sufficient time to prepare complete and appropriate responses and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including May 24, 2024, to respond to Allen's supplemental brief regarding *Jones v. Hendrix* and his motion for a finding that the government has forfeited its opposition to his motion to alter or amend the judgment.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    s/ Brian Reitz
Brian Reitz
Assistant United States Attorney

4

## CERTIFICATE OF SERVICE

I certify that on April 24, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov