UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | CAPTITAL CASE |
| | ) | |
| v. | ) Cause No. 2:20-cv-00406-JRS-MJD | |
| | ) | |
| WARDEN, USP-TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on the Respondent's motion for a 30-day extension of time to respond to the Petitioner's Memorandum Addressing the Applicability of *Jones v. Hendrix*, (D. 28), and his Motion to Find that the Government Has Forfeited Any Opposition to Petitioner's Motion to Alter or Amend Judgement, (D. 31).

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including May 24, 2024, to file his responses to the Petitioner's two pending pleadings, (D. 28, 31).

So ORDERED this date: _____.

_____
Hon. James R. Sweeney, II, *Judge*
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.