**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

**Case No. 2:20-cv-00406-JRS-MJD**

---

**BILLIE JEROME ALLEN,**

**Petitioner,**

**v.**

**WARDEN,**

**United States Penitentiary – Terre Haute,**

**Respondent.**

---

### MOTION FOR A PROMPT RESOLUTION OF PENDING MATTERS

Petitioner Billie Allen, through counsel, respectfully files this motion for the Court to promptly resolve all matters pending in this capital habeas case.

On August 25, 2023, this Court, relying on the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857 (2023), dismissed Mr. Allen's habeas petition for lack of jurisdiction and entered final judgment. Petitioner filed a Motion to Vacate Judgment, pursuant to F. R. Civ. P. 59, in which he requested leave to provide further briefing on the applicability of *Jones* to the unique facts of this case. On September 7, 2023, this Court issued an Order granting the request for further briefing and setting a briefing schedule.

Petitioner filed a memorandum, but the government did not. Seven months later, the government filed a motion for a nunc pro tunc extension of time that Petitioner has opposed. Without awaiting a ruling, the government filed a memorandum. Petitioner filed a reply.

Thus, pending before this Court and awaiting decision are Petitioner's Rule 59 motion and the government's request for a belated extension. Petitioner respectfully asks this Court to promptly resolve these matters, so this litigation can move forward.

Both Petitioner and the government have strong interests in a prompt resolution of the pending matters. As a death row prisoner, Petitioner is acutely aware of the consequences of the upcoming presidential election. If former President Trump were to win, he would likely begin setting execution dates, as he did at the end of his previous term.

It is important that this litigation proceed forward prior to the setting of any execution dates. Courts have routinely shown a frustration with litigation occurring under the time restraints of a pending execution date. Prisoners under warrant are at a disadvantage in litigating their pending claims. Mr. Allen seeks to avoid that situation.

Mr. Allen filed his habeas petition in a timely manner and has diligently pursued this litigation. He deserves a prompt resolution of outstanding matters so that the litigation, including any appeal, can proceed without the pressure and restraints of a potential pending execution.

WHEREFORE, Petitioner respectfully asks this Court to promptly resolve all pending matters and decide the merits of his habeas proceeding.

Respectfully submitted,

/s/ Eric Montroy
Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

Dated: August 6, 2024

**<u>CERTIFICATE OF SERVICE</u>**

I, Eric Montroy, hereby certify that on this 6th day of August, 2024, I filed the foregoing document via the Court's electronic filing system, which system will serve a copy of upon all counsel of record.

<u>/s/Eric Montroy</u>
Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
  for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826