# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 21, 2025

**To:**   Kristine L. Seufert
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-1090 <br><br> Caption: <br> IN RE: <br>     BILLIE JEROME ALLEN, <br>          Petitioner |
| District Court No: 2:20-cv-00406-JRS-MJD <br> Clerk/Agency Rep Kristine L. Seufert <br> District Judge James R. Sweeney, II |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)