# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

### ORIGINAL PROCEEDING CIRCUIT RULE 3(b) NOTICE

January 21, 2025

| No. 25-1090 | IN RE:<br>    BILLIE JEROME ALLEN,<br>        Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:20-cv-00406-JRS-MJD<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge James R. Sweeney II | |

Circuit Rule 3(b) empowers the clerk to dismiss a petition if the docket fee is not paid within fourteen (14) days of the docketing of the petition. This petition was docketed and the fee has not been paid as of January 21, 2025. Depending on your situation, you should:

1.      Pay the required $600.00 docketing fee to the Clerk of the Court of Appeals.

2.      File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion is required. This motion must be supported by an affidavit in the form of a sworn statement listing the assets and income of the petitioner(s). See **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure*.

If one of the above stated actions is not taken, the petition will be dismissed.

**NOTE:**

On March 2, 2015, the Seventh Circuit began accepting electronic fee payments for originating case filing fees (petitions for review and original petitions) via the CM/ECF Filing menu & final processing by PACER. Details are available at www.ca7.uscourts.gov.

form name: **c7_OP_Fee_Notice_Sent**    (form ID: **189**)