# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr>
<td>
Everett McKinley Dirksen<br>
United States Courthouse<br>
Room 2722 - 219 S. Dearborn Street<br>
Chicago, Illinois 60604
</td>
<td></td>
<td>
Office of the Clerk<br>
Phone: (312) 435-5850<br>
www.ca7.uscourts.gov
</td>
</tr>
</table>

**ORDER**

January 27, 2025

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | IN RE: |
|---|---|
| No. 25-1090 | BILLIE JEROME ALLEN, |
| | Petitioner |

| **Petition for Writ of Mandamus** |
|---|
| District Court No: 2:20-cv-00406-JRS-MJD |
| District Judge James R. Sweeney, II |

The following is before the court: **PETITION FOR WRIT OF MANDAMUS**, filed on January 21, 2025, by counsel for the petitioner.

In light of the district court's order issued on January 23, 2025, denying Billie Allen's motion to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the petition is **DENIED** as unnecessary.

form name: **c7_Order_3J**   (form ID: **177**)