# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

February 11, 2025

**To:**   Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-1216
>
> Caption:
> BILLIE JEROME ALLEN,
>                     Petitioner - Appellant
>
> v.
>
> S. MERENDINO,
>                     Respondent - Appellee
>
> District Court No: 2:20-cv-00406-JRS-MJD
> Clerk/Agency Rep Kristine L. Seufert
> District Judge James R. Sweeney, II
>
> Date NOA filed in District Court: 02/11/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)